FILED

DEC 21 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT R. FOULON, | No. 05-35383 |
| Plaintiff - Appellant, | D.C. No. CV-04-02555-JCC |
| v. | Western District of Washington, Seattle |
| KLAYMAN & TOSKES PA, a foreign corporation, | ORDER |
| Defendant - Appellee. | |

KOZINSKI, Chief Judge.

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be heard en banc pursuant to Circuit Rule 35-3.